ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    helen.gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIK SILVA,<br><br>    Defendant. | Case No. CR 17-00554 PJH-03<br><br>STIPULATION TO AMEND SENTENCE |

On September 19, 2018, the Court sentenced Erik Silva to a term of imprisonment of 57 months to be followed by a five-year term of supervised release. Dkt. 112. On September 24, 2018, the Court entered the judgment in this case consistent with the sentence orally imposed on September 19, 2018. Dkt. 113.

During the sentencing hearing on September 19, 2018, the government represented that it believed that the Court was required to sentence the defendant to five years of supervised release pursuant to 18 U.S.C. § 841(a)(1), (b)(1)(A). The Court and defendant deferred to the government's representation. Since the sentencing hearing, the government re-examined the issue and determined that the representation was incorrect, and that the Court could sentence the defendant to less than a five year term of supervised release, pursuant to 18 U.S.C. § 3553(e). The government sincerely apologizes for

the mistake, and immediately notified defense counsel of the error.

The parties now jointly request that the Court modify the judgment in this case to impose three years, instead of five years, of supervised release. This request is consistent with the recommendation from the U.S. Probation Office. PSR, Sentencing Recommendation at 1. Amendment of the judgment is permitted by Federal Rule of Criminal Procedure Rule 35, as the requirement to impose a five-year term of supervised release was a clear error and it is within fourteen days of the oral announcement of the sentence. *See* Fed. R. Crim. P. 35(a), (c).

Respectfully submitted,

DATED: September 28, 2018

ALEX G. TSE
United States Attorney

/s/
HELEN L. GILBERT
Assistant United States Attorneys

/s/
MICHAEL STEPANIAN
Attorney for ERIK SILVA

DATED: September 28, 2018

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA