UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ERIK SILVA, Defendant. | Case No. 4:17-cr-554-PJH-03<br><br>**ORDER SETTING RESPONSE DEADLINES ON MOTION FOR COMPASSIONATE RELEASE AND GRANTING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Docket No. 169 |
|---|---|

Before the court is the pro se motion of defendant Erik Silva for reduction of sentence to time served on the ground of compassionate release due to the severity of the COVID-19 pandemic affecting the Butner Federal Satellite Camp where he is incarcerated and his chronic and severe medical conditions including diabetes, hypertension and compromised immune system. Dkt. 169. Mr. Silva indicates that he has tested positive for COVID-19. Mr. Silva is currently serving a prison sentence of 57 months pursuant to the judgment that was imposed by the court on September 19, 2018, and amended on October 4, 2018, following entry of a guilty plea pursuant to a written plea agreement as to count one of the indictment for conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A). He represents that he has served 31 months of his 57-month term of imprisonment.

Mr. Silva's request for appointment of counsel for the limited purpose of representing him on the compassionate release motion pursuant to 18 U.S.C. § 3582(c)(1)(A) is GRANTED pursuant to Miscellaneous Order 2019.01.25, as amended

April 27, 2020.  To avoid unnecessary delay in reaching the merits of Mr. Silva's compassionate release motion, following appointment of CJA counsel and notice of appearance, the government is ordered to meet and confer with appointed counsel to discuss the grounds for compassionate release.  Counsel are directed to confer with the Probation Office to discuss Mr. Silva's release plans.

By **July 1, 2020**, the government must file either a status report, stipulation or response to Mr. Silva's motion for compassionate release.  If the government opposes the motion for compassionate release, Probation is directed to submit a response to Mr. Silva's motion no later than five (5) days after the government files any opposition brief.  Defense counsel may file a reply to any opposition to Mr. Silva's compassionate release motion within five (5) days after the opposition is filed.  The matter will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated:  June 24, 2020

                                                    /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge